FILED
CLERK, U.S. DISTRICT COURT

AUG 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESSICA MARTINEZ,<br><br>    Petitioner,<br><br>    v.<br><br>RON KENAN, Warden,<br><br>    Respondent. | NO. CV 06-1181-AHS (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: AUG 13 2008

ALICEMARIE H. STOTLER
United States District Judge